```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERNEST MONTGOMERY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security,<br><br>　　Defendant. | No.  EDCV 13 – 01689 CW<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) subject to the terms of the stipulation.

DATE:  June 16, 2014      _/s/ Carla M. Woehrle_____

　　　　　　　　　　　　　　HON. CARLA WOEHRLE
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-